[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 394.]

THE STATE EX REL. WHEELER, APPELLEE, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL.; METRO ELECTRIC, INC., APPELLANT.

[Cite as *State ex rel. Wheeler v. Indus. Comm.*, 1998-Ohio-53.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-2477—Submitted August 19, 1998—Decided October 14, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD09-1207.

————————————

*Harris & Burgin, L.P.A.*, and *Andrea L. Burns*, for appellee.

*Brickler & Eckler, L.L.P., Charles D. Smith* and *Nelson M. Reid*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

PFEIFER and COOK, JJ., dissent.

————————————